**This order is SIGNED.**

**Dated: August 2, 2024**



KEVIN R. ANDERSON
U.S. Bankruptcy Judge

rdr

JUSTIN M. MYERS (10043)
Justin M, Myers, Attorney-at-Law, LLC
1122 W. South Jordan Pkwy, Suite A
South Jordan, Utah 84095
Telephone: (801) 572-0504
Facsimile: (801) 326-4706

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH**

| In Re:<br>DAVID J BELCHER<br><br>Debtor(s) | Bankruptcy Case No. : 24-21921<br><br>Chapter 13 |
|---|---|

**ORDER DISMISSING CHAPTER 13 BANKRUPTCY CASE**

Debtor filed an Ex Parte Motion to Dismiss Chapter 13 Bankruptcy Case on August 2, 2024. The Court, having considered the Motion, hereby ORDERS as follows:

1. Debtor's Motion is GRANTED;

2. Debtor's Chapter 13 bankruptcy case is hereby DISMISSED;

3. The Chapter 13 Trustee shall disburse any remaining funds in accordance with the U.S. Code.

-------------------- END OF DOCUMENT --------------------

**DESIGNATION OF PARTIES TO RECEIVE NOTICE**

Service of the foregoing **ORDER DISMISSING CHAPTER 13 BANKRUPTCY CASE** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users:

Lon Jenkins
Chapter 13 – Trustee- by ECF

U.S. Trustee- by ECF

Justin M. Myers, Attorney-at-Law, LLC

**By U.S. Mail -** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

See attached