JUSTIN M. MYERS (10043)
Justin M, Myers, Attorney-at-Law, LLC
1122 W. South Jordan Pkwy, Suite A
South Jordan, Utah 84095
Telephone: (801) 572-0504
Facsimile: (801) 326-4706

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH**

| In Re:<br>DAVID J. BELCHER<br>     Debtor(s). | Case No.: 24-21921<br>Chapter: 13 |
|---|---|

**ORDER AWARDING ATTORNEY COMPENSATION**

The Debtors' Counsel filed an Application for Allowance of Compensation on August 25, 2024. The Trustee filed a response. Based upon the pleadings on file and being fully advised in the premises and good cause appearing, it is hereby

    **ORDERED,** as follows:

1. Attorney's fees for Justin M. Myers, Attorney at Law, LLC, Debtor's counsel, are hereby awarded in the amount of $720.00 and shall be paid by the Chapter 13 Trustee, to the extent said funds are available.

****END OF DOCUMENT****

## **DESIGNATION OF PARTIES TO RECEIVE NOTICE**

Service of the foregoing **ORDER** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users:

Lon Jenkins
Chapter 13 – Trustee- by ECF

U.S. Trustee- by ECF

Justin M. Myers, Attorney-at-Law, LLC


**By U.S. Mail -** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

None